**COURTESY WARNING**
**PELAHATCHIE POLICE DEPARTMENT**

| | | | DATE | HOUR |
|---|---|---|---|---|
| | | | 7-29-13 | 2011 |

| DRIVER NAME | LAST | FIRST | MI | DOB | SEX | R |
|---|---|---|---|---|---|---|
| | Tomson | Clarence | JR | 9-26-71 | M | B |

| ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|
| 118 Ladybug Rd | Norses | SC | 29107 |

| VEHICLE MAKE & TYPE | LICENSE NO. | STATE | D.L. NO. | STATE |
|---|---|---|---|---|
| MFRZ LIK 4LD | 2342436 | PA | 008799639 | SC |

| COUNTY | LOCATION & ROUTE | CONST. ZONE | WORKERS PRESENT |
|---|---|---|---|
| Rankin | I 20 East @ MM 69 | ☐YES ☒NO | ☐YES ☐NO |

| VEHICLE SEARCH | TYPE OF SEARCH | CONSENT / NO TO ARREST | CONTRABAND | TYPE OF CONTRABAND | DRUGS/CURRENCY/OTHER | CHARGES FILED |
|---|---|---|---|---|---|---|
| YES☒ NO☐ | | ☒ ☐ ☐ | YES☐ NO☒ | WEAPONS☐ | ☐ ☐ ☐ | YES☐ NO☒ |

VIOLATION (1)  N/A Tag

VIOLATION (2)

THIS IS A WARNING ONLY for an infraction of the traffic laws committed to a minor degree or with extenuating circumstances present. No penalty will be assessed and no further action on your part is necessary other than to comply with the traffic laws in the future. This does not become a part of your driving record.

This warning is given to you in an effort to secure your cooperation in better observance of the traffic laws thus helping to prevent traffic accidents. This department believes that good citizens will comply with traffic laws when reminded of their provisions and of the importance of strict compliance with them.

| ISSUED BY | I.D. NO. |
|---|---|
| [signature] | R-1   379 |

Exhibit "B"