### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**CLARENCE JAMISON**                                                                                                  **PLAINTIFF**

**VS.**                                                        **CIVIL ACTION NO.: 3:16-cv-595-CWR-LRA**

**NICK MCCLENDON, IN HIS INDIVIDUAL
CAPACITY**                                                                                                                **DEFENDANT**

### STIPULATION OF DISMISSAL

It is stipulated that all claims against all defendants are dismissed with prejudice pursuant to the terms of a Confidential Release of Claims and Settlement Agreement entered into between the parties, which includes full provisions for any and all claims of attorneys' fees and costs arising in this action. The parties agree that this case should be closed on the Court's docket.

Dated: August 4, 2020.

                                              Respectfully submitted,

                                              PHELPS DUNBAR, LLP

                                              BY:   */s/ G. Todd Butler*
                                                       G. Todd Butler, MB #102907
                                                       P. O. Box 16114
                                                       Jackson, Mississippi 39236-6114
                                                       Telephone: (601) 352-2300
                                                       Telecopier: (601) 360-9777
                                                       friedmag@phelps.com
                                                       butlert@phelps.com

                                              **ATTORNEY FOR DEFENDANT**

                                              AGREED TO AS TO FORM AND CONTENT

                                              BY:   */s/ Victor I. Fleitas*
                                                       Victor I. Fleitas, P.A.
                                                       452 North Spring Street
                                                       Tupelo, Mississippi  38804
                                                       P.O. Box 7117 (38802-7117)
                                                       Telephone:  (662) 840-0270
                                                       fleitasv@bellsouth.net

                                              **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I certify that I have electronically filed this *STIPULATION* with the Clerk of the Court, using the CM/ECF system, which sent notification to the following counsel of record:

Victor I. Fleitas, P.A.
452 North Spring Street
Tupelo, Mississippi  38804
P.O. Box 7117 (38802-7117)
Telephone:  (662) 840-0270
fleitasv@bellsouth.net

*ATTORNEY FOR PLAINTIFF*

THIS the 4th day of August 2020.

                                       */s/ G. Todd Butler*
                                       G. Todd Butler